IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARESTREAM HEALTH, INC.,

          Plaintiff,                    ORDER

v.

                                 10-cv-381-slc[1]

CALIPER LIFE SCIENCES, INC.,

          Defendant.

---

In this civil action, plaintiff alleges that defendant has infringed plaintiff's United States Patent No. 7,734,325 by using, making, importing, offering for sale and selling products that embody the invention claimed in that patent. With its complaint, plaintiff filed a motion for a preliminary injunction. Dkt. #4.

IT IS ORDERED that: Defendant will have 30 days from the date served with the complaint and plaintiff's preliminary injunction motion in which to respond to the motion. Additionally, plaintiff must provide defendant with a copy of this order. In accordance with this court's procedures for preliminary injunctions, plaintiff shall not file a reply without first obtaining leave of court and, if necessary, an evidentiary hearing regarding the preliminary injunction will be scheduled 15 to 20 days after defendant's response is due.

Entered this 12th day of July, 2010.

                                 BY THE COURT:

                                 /s/

                                 _____
                                 WILLIAM M. CONLEY
                                 District Judge

---

[1] Because the parties' decisions on whether to consent to Magistrate Judge Crocker's jurisdiction have not yet been filed, District Judge Conley will preside over this case until consents are filed.